Marcus A. Rivera, Respondent,
against
Paul Michaels Car Connections, Appellant.



Appeal from an order of the Civil Court of the City of New York, Richmond County (Lizette Colon, J.), entered June 18, 2015. The order denied defendant's motion to vacate a default judgment.




ORDERED that the order is affirmed, without costs.
In this small claims action to recover for allegedly defective services and repairs, and for damage to plaintiff's car, we find that the Civil Court did not improvidently exercise its discretion in denying defendant's motion to vacate a default judgment, since defendant failed to demonstrate that it had a reasonable excuse for its default (see CPLR 5015 [a] [1]; Eugene Di Lorenzo, Inc. v A.C. Dutton Lbr. Co., 67 NY2d 138, 141 [1986]). Accordingly, the order is affirmed.
Pesce, P.J., Solomon and Elliot, JJ., concur.
Decision Date: January 05, 2017